# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147936 & (11)(12)(13)(14)(15)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DEONTAE TRAVOHN DAVIS,
       Defendant-Appellant.

SC: 147936
COA: 314940
Saginaw CC: 08-030280-FC

_____/

On order of the Court, the motions for immediate consideration, to add issue, and to exceed page limit are GRANTED. The application for leave to appeal the September 6, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to remand are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



s1216

Clerk